1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDRE L. HOCHSTRASER,                    No. C 12-2481 SI (pr)

          Petitioner,                    **ORDER**

      v.

MATTHEW CATE,
Secretary of CDCR,

          Respondent.
_____/

    Petitioner's second motion to proceed *in forma pauperis* is DISMISSED as unnecessary. (Docket # 6.)  The court already had granted pauper status to petitioner.

    Respondent's application to file an oversized brief is GRANTED.   (Docket # 7.) Respondent's 47-page memorandum of points and authorities in support of respondent's answer to the order to show cause is permitted.

    Petitioner's motion for an enlargement of time to file his traverse is GRANTED.  (Docket # 9.)  Petitioner must file and serve his traverse no later than **December 27, 2012**.

    IT IS SO ORDERED.

DATED: October 29, 2012

_____
SUSAN ILLSTON
United States District Judge