UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE L. HOCHSTRASER,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br>Secretary of CDCR,<br><br>    Respondent.<br>_____/ | No. C 12-2481 SI (pr)<br><br>**ORDER** |

    Petitioner's second motion for an enlargement of time to file his traverse is GRANTED. (Docket # 11.) Petitioner must file and serve his traverse no later than **February 28, 2013**. No further extensions of his deadline should be expected.

    In his motion, petitioner wrote that he "has only accessed the law library once *in his own interest*." Docket # 11, p. 1. If the italicized qualifier means that petitioner has been allowed into the law library several times but doing other inmates' research and writing, he is cautioned that he must give his own case the highest priority. Using limited law library time to do other inmates' legal work does not amount to good cause to extend deadlines in petitioner's own case.

    IT IS SO ORDERED.

DATED: January 9, 2013

                                                                   SUSAN ILLSTON<br>
                                                                  United States District Judge