**United States District Court**
**For the Northern District of California**

1
2
3
4
5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA
7
8  ALEXANDRE L. HOCHSTRASER,                  No. C 12-2481 SI (pr)
9        Petitioner,                          **JUDGMENT**
10    v.
11  MATTHEW CATE, warden,
12        Respondent.
13  _____/
14  The petition for writ of habeas corpus is denied on the merits.
15
16  **IT IS SO ORDERED AND ADJUDGED.**
17
18  DATED: August 6, 2013
                                              _____
19                                            SUSAN ILLSTON
                                              United States District Judge
20
21
22
23
24
25
26
27
28