**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDRE L. HOCHSTRASER,   No. C 12-2481 SI (pr)

    Petitioner,   **JUDGMENT**

    v.

MATTHEW CATE, warden,

    Respondent.
    _____/

The petition for writ of habeas corpus is denied on the merits.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: August 6, 2013

                                        SUSAN ILLSTON
                                 United States District Judge